Richard D. McCune (State Bar No. 132124)
rdm@mccunewright.com
David C. Wright (State Bar No. 177468)
dcw@mccunewright.com
**MCCUNE WRIGHT AREVALO, LLP**
3281 E. Guasti Road, Suite 100
Ontario, California 91761
Telephone:     (909) 557-1250
Facsimile:     (909) 557 1275

Taras Kick (State Bar No. 143379)
Taras@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90049
Telephone:     (310) 395-2988
Facsimile:     (310) 395-2088

Attorneys for Plaintiff Angelic Pierce, individually and on behalf of all others similarly situated

**BOUTIN JONES INC.**
Robert D. Swanson (SBN 162816)
rswanson@boutinjones.com
Michael E. Chase (SBN 214506)
mchase@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4444
Fax: (916) 441-7597

Attorneys for Defendant SAFE Credit Union

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIC PIERCE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAFE CREDIT UNION, a California Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No. 20-cv-985-WBS-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS** |

Upon the stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff will file her Motion for Remand on Monday, June 15, 2020, with the hearing on that motion to be set on July 13, 2020.  Defendant SAFE Credit Union's Motion to Dismiss will remain pending but the hearing date will be continued from June 29, 2020 to August 10, 2020 at 1:30 p.m. to allow time for the Court to resolve the Motion for Remand prior to the Motion to Dismiss.

**IT IS SO ORDERED.**

Dated:  June 12, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE